In re NEIDNIG. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) In the matter of the application for the revocation of letters of administration heretofore granted to Richard J. Neidnig upon the goods,

chattels, and credits of Andrew Neidnig, deceased. No opinion. Decree of the Surrogate's Court of Kings county affirmed, with costs. See, also, 123 App. Div. 894, 108 N. Y. Supp. 478.